# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DEMETRICE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 7:19-cv-00407-LSC |
| ) | |
| ALABAMA ONE CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Exclude Discovery, or in the Alternative, Motion to Compel Plaintiff to Complete Plaintiff's Deposition. (Doc. 21.) Defendant's motion (doc. 21) is GRANTED to the extent that Plaintiff is ORDERED to make himself available for a deposition to be conducted by no later than fourteen (14) days from the date of this Order, on a date of Defendant's choosing. Parties are ORDERED to confer and to attempt to schedule the deposition on a date that is agreeable to both parties. Plaintiff is further ORDERED to produce the requested items and discovery at the time of his deposition.

This Order necessitates an extension of the deadline to file dispositive motions. Accordingly, the parties shall file any dispositive motions by no later than fourteen (14) days from the date on which the parties conduct Plaintiff's deposition.

**DONE** and **ORDERED** on March 13, 2020.

/s/ L. Scott Coogler
L. Scott Coogler
United States District Judge

199455